AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AMERICAN FEDERATION OF LABOR AND
CONGRESS OF INDUSTRIAL ORGANIZATIONS

**SUMMONS IN A CIVIL CASE**

V.

SERVICE EMPLOYEES
INTERNATIONAL UNION

CASE NUMBER 1:06CV00120

JUDGE: Richard W. Roberts

DECK TYPE: Labor/ERISA (non-employme:

DATE STAMP: 01/23/2006

TO: (Name and address of Defendant)

Service Employees International Union
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan D. Newman
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
900 Seventh St., N.W., Suite 1000
Washington, D.C. 20001

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN 2 3 2006
CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE January 23, 2006 |
| NAME OF SERVER (PRINT) James Todd | TITLE Messinger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1313 L Street, N.W., Washington, D.C. 20005.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/23/06
        Date

James Todd
Signature of Server

4566 77th Pl. Lanham Md. (home)
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.