# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION<br>1800 Massachusetts Avenue, N.W.<br>Washington, D.C. 20036<br><br>Defendant. | Case No. 1:06CV00120 (RWR) |

## UNOPPOSED MOTION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Service Employees International Union respectfully moves to extend the time within which to answer or otherwise respond to the complaint filed in the above-captioned action from February 13, 2006 to and including February 27, 2006. Undersigned counsel has spoken with counsel for Plaintiff and is authorized to state that Plaintiff does not oppose this request. A proposed order is attached.

Dated: February 10, 2006

    /s/ Gregory L. Poe
Gregory L. Poe (D.C. Bar No. 426020)
ROBBINS, RUSSELL, ENGLERT,
  ORSECK & UNTEREINER LLP
1801 K Street, N.W., Suite 411L
Washington, D.C. 20006
(202) 775-4500

Judith A. Scott (D.C. Bar No. 374089)
Norman M. Gleichman (D.C. Bar. No. 338848)
SERVICE EMPLOYEES INTERNATIONAL
  UNION
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 898-3200

Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, : : : | |
| Plaintiff, : | |
| v. : | Case No. 1:06CV00120 (RWR) |
| SERVICE EMPLOYEES INTERNATIONAL UNION, : | |
| Defendant. : | |

_____:

**ORDER**

This matter comes before the Court on the unopposed motion of Defendant Service Employees International Union to extend the time within which to answer or otherwise respond to the complaint in the above-captioned action. Having considered the motion, and in light of Plaintiff's lack of opposition, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that defendant may file an answer or otherwise respond to the complaint on or before February 27, 2006.

IT IS SO ORDERED this ___ day of February, 2006.

_____
Richard W. Roberts
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2006, I caused a true and correct copy of the foregoing Unopposed Motion to Extend Time Within Which to Answer or Otherwise Respond to Complaint, along with a proposed order, to be served by United States mail, postage prepaid, upon the following:

> Jonathan D. Newman
> Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
> 900 Seventh Street, N.W., Suite 1000
> Washington, D.C. 20001

A copy also will be served on Mr. Newman electronically if he is a participant in the ECF system.

    /s/ Gregory L Poe
Gregory L. Poe