UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, : <br><br> Plaintiff, : <br><br> v. : <br><br> SERVICE EMPLOYEES INTERNATIONAL UNION, : <br><br> Defendant. : | Case No. 1:06CV00120 (RWR) |

**SECOND UNOPPOSED MOTION TO EXTEND TIME WITHIN
WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Service Employees International Union respectfully moves to extend the time within which to answer or otherwise respond to the complaint filed in the above-captioned action from February 27, 2006 to and including March 13, 2006. A response to the complaint originally was due on February 13, 2006. The Court granted Defendant's first motion for a two-week extension of time. Undersigned counsel has communicated with counsel for Plaintiff and is authorized to state that Plaintiff does not oppose this second motion. A proposed order is attached.

Dated: February 21, 2006

                                                     /s/ Gregory L. Poe
                                               Gregory L. Poe (D.C. Bar No. 426020)
                                               ROBBINS, RUSSELL, ENGLERT,
                                                   ORSECK & UNTEREINER LLP
                                               1801 K Street, N.W., Suite 411L
                                               Washington, D.C. 20006
                                               Tel: (202) 775-4500
                                               Fax: (202) 775-4510

Judith A. Scott (D.C. Bar No. 374089)
Norman M. Gleichman (D.C. Bar. No. 338848)
SERVICE EMPLOYEES INTERNATIONAL
  UNION
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 898-3200

Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| AMERICAN FEDERATION OF LABOR AND<br>CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Case No. 1:06CV00120 (RWR)<br>:<br>:<br>:<br>: |

_____:

**ORDER**

This matter comes before the Court on the second unopposed motion of Defendant Service Employees International Union to extend the time within which to answer or otherwise respond to the complaint in the above-captioned action. Having considered the motion, and in light of Plaintiff's lack of opposition, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that defendant may file an answer or otherwise respond to the complaint on or before March 13, 2006.

IT IS SO ORDERED this ___ day of February, 2006.

_____
Richard W. Roberts
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2006, I caused a true and correct copy of the foregoing Second Unopposed Motion to Extend Time Within Which to Answer or Otherwise Respond to Complaint, along with a proposed order, to be served by United States mail, postage prepaid, upon the following:

> Jonathan D. Newman
> Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
> 900 Seventh Street, N.W., Suite 1000
> Washington, D.C. 20001

A copy will be served on Mr. Newman electronically if he is a participant in the ECF system.

   /s/ Gregory L Poe
Gregory L. Poe