UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS )<br>Plaintiff, )<br>)<br>v. )<br>)<br>SERVICE EMPLOYEES INTERNATIONAL UNION )<br>Defendant. ) | Civil Action No. 1:06CV00120 (RWR) |

**NOTICE OF DISMISSAL**

Plaintiff, American Federation of Labor and Congress of Industrial Organizations, hereby gives notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

s/Jonathan D. Newman
_____
Jonathan D. Newman (D.C. Bar No. 449141)
SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001
(202) 785-9300

Jonathan P. Hiatt (D.C. Bar No. 427856)
Lynn K. Rhinehart (D.C. Bar No. 450459)
AFL-CIO
815 16th Street, N.W.
Washington, D.C. 20006
(202) 637-5155